## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

STARLETTA BANKS,

     Plaintiff,

v.

ARBOR PROFESSIONAL
SOLUTIONS, INC.,

     Defendant.

Case No. 2:23-cv-12842-LVP-EAS

Honorable Linda V. Parker

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action without prejudice, each party to bear its own fees and costs.

RESPECTFULLY SUBMITTED,

Dated: January 26, 2024

By: *s/ David M. Menditto*
David M. Menditto, Esq.
Illinois ARDC 6216541
MENDITTO LAW PLLC
14425 S. 52nd East Ave.
Bixby, OK 74008
Phone: 404-918-0670
david@mendittolaw.com
*Attorney for Plaintiff*

By: *s/ Lori A. Leigh*
Lori A. Leigh, Esq. (P65423)
*Of Counsel*
HYSLIP LEGAL, LLC
P.O. Box 69
Highland, MI 48357
Phone: 248-353-3101
lori.leighlaw@gmail.com
*Attorney for Plaintiff*

*By: s/ Steven T. Buquicchio*
Steven T. Buquicchio (P62076)
VARNUM LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352
Phone: 616-336-6000
stbuquicchio@varnumlaw.com
*Attorney for Defendant*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

STARLETTA BANKS,

     Plaintiff,

v.

ARBOR PROFESSIONAL
SOLUTIONS, INC.,

     Defendant.

Case No. 2:23-cv-12842-LVP-EAS

**ORDER OF DISMISSAL**
**WITHOUT PREJUDICE**

Now comes the Court, and pursuant to the Parties' *Stipulation of Dismissal Without Prejudice* filed under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismisses the present action without prejudice, with each party to bear its own costs.  The Case is now Terminated and Closed.

     **SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: January 26, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I filed the foregoing *Stipulation of Dismissal Without Prejudice* through the Court's CM/ECF system, which will effectuate service upon all parties registered to receive electronic notice, including:

Steven T. Buquicchio
Jeffrey Koelzer
Varnum LLP
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501-0352

*Counsel for Defendant,*
   *Arbor Professional Solutions, Inc.*

/s/ David M. Menditto
David M. Menditto